**Opinion filed May 31, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00353-CV

_____

## IN THE INTEREST OF A.J.J. AND M.N.J., CHILDREN

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 11-04-16213**

### M E M O R A N D U M   O P I N I O N

Nicolas Juarez is the appellant in this appeal. He has filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that he "no longer wishes to appeal." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

May 31, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.